IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSE C. MORALES-TORRES**                                                                                         **PETITIONER**

V.                                                                               **CIVIL ACTION NO.: 3:22-cv-95-HTW-LGI**

**R. TREADWAY,** *WARDEN*                                                                                    **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket No. 15]**. In her Report and Recommendation, filed October 24, 2023, Magistrate Judge LaKeysha Greer Isaac recommended Petitioner's, Jose C. Morales-Torres ("Morales-Torres"), petition be denied and dismissed with prejudice. Magistrate Judge Isaac directed the Petitioner to file any written objections within fourteen (14) days. To date, no objection has been filed.

Based on the findings contained in the Report and Recommendation **[Docket No. 15]**, this Court agrees with the Magistrate Judge that: (1), Morales-Torres is not entitled to habeas corpus relief based on the Federal Bureau of Prisons' ("BOP") refusal to apply double credit to his aggregated sentence; and (2), Morales-Torres is not entitled to have his second sentence calculated to run retroactively concurrent with the commencement of his first sentence.

This Order commensurately hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court, and hereby **DISMISSES** the instant petition **WITH PREJUDICE.**

**SO ORDERED** this the 31st day of October 2024.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**